IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| FELIX HEBERT, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-00400 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| ALLSTATE VEHICLE & PROPERTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiff's Motion to Dismiss with Prejudice. [Dkt. 15]. The Plaintiff has advised that all matters of fact and things in controversy have been fully and finally compromised and settled between the Parties and he now seeks a dismissal with prejudice in this matter.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 13th day of June, 2023.**

Michael J. Truncale
United States District Judge